# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | 2:19-cr-00784-FLA | | Date | September 13, 2021 |
|---|---|---|---|---|

Present: The Honorable    FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE

Spanish Interpreter    Cynthia Parker

| V.R. Vallery<br>Twyla Freeman | Anne Kielwasser | Gregg Eli Marmaro<br>Samuel Jose Diaz<br>Chelsea Norell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Esmerelda Diaz | X | X | | DFPD, Michael L Brown , II | X | X | |
| | | | | DFPD, Waseem Salahi | X | X | |

_____  Day <u>COURT TRIAL</u>          2nd Day <u>JURY TRIAL</u>          _____ Death Penalty Phase

_____  One day trial; _____ Begun (1st day);   X   Held & continued; _____ Completed by jury verdict/submitted to court.

_____  The Jury is impaneled and sworn.

  X    Opening statements made _____ by both parties.

  X    Witnesses called, sworn, and testified.

  X    Exhibits identified          X    Exhibits admitted

  X    Government rests.          Defendant(s) _____ rest.

_____  Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

  X    Motion for judgment of acquittal (FRCrP 29) _____ is _____ granted   X   denied _____ submitted

_____  Closing arguments made _____ Court instructs jury _____ Bailiff sworn

_____  Clerk  reviewed  admitted  exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____  Alternates excused _____ Jury retires to deliberate _____ Jury resumes deliberations

_____  Finding by Court as follows: _____ Jury Verdict as follows:

_____ Dft # _____ Guilty on count(s) _____ Not Guilty on count(s)

_____  Jury polled _____ Polling waived

_____  Filed Witness & Exhibit lists _____ Filed Jury notes _____ Filed Jury Instructions _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody. _____ Remand/Release# _____ issd. _____ Dft # _____ released from custody.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

_____ Bond exonerated as to Dft # _____

__X__ Case continued to _____Sept. 14, 2021, at 8:30 AM_____ for further trial/further jury deliberation.

__X__ Other:  Juror No. 9 is excused.  Alternate Juror  1 replaces Juror No. 9.

|  | 4 | : | 47 |
|---|---|---|---|

Initials of Deputy Clerk    tf