# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:19-cr-00784-FLA |
| Date | September 14, 2021 |
| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE |
| Spanish Interpreter | |

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| V.R. Vallery<br>Twyla Freeman | Anne Kielwasser | Gregg Eli Marmaro<br>Samuel Jose Diaz<br>Chelsea Norell |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Esmerelda Diaz | X | X | | DFPD, Michael L Brown, II<br>DFPD, Waseem Salahi | X<br>X | X<br>X | |

| | Day COURT TRIAL | 3rd | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|

| | One day trial; | | Begun (1st day); | X | Held & continued; | | Completed by jury verdict/submitted to court. |
|---|---|---|---|---|---|---|---|

| | The Jury is impaneled and sworn. |
|---|---|
| | Opening statements made |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified     X  Exhibits admitted |
| | Government rests.   X  Defendant ____ rest. |
| | Motion for mistrial by ____ is ____ granted ____ denied ____ submitted |
| | Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted |
| X | Closing arguments made   X  Court instructs jury   X  Bailiff sworn |
| X | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury for deliberations. |
| | Alternates excused   X  Jury retires to deliberate   ____  Jury resumes deliberations |
| | Finding by Court as follows:   Jury Verdict as follows: |
| Dft # | ____ Guilty on count(s)   ____ Not Guilty on count(s) |
| | Jury polled   Polling waived |
| | Filed Witness & Exhibit lists   Filed Jury notes   Filed Jury Instructions   Filed Jury Verdict |
| Dft # | Referred to Probation Office for Investigation & Report and continued to ____ for sentencing. |
| Dft # | ____ remanded to custody.   Remand/Release# ____ issd.   Dft # ____ released from custody. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | |
|---|---|---|
| | Bond exonerated as to Dft # | |
| X | Case continued to  Sept. 15, 2021, at 8:30 AM  for further trial/further jury deliberation. | |
| X | Other:  Defense renews her Motion to Suppress; ruling is deferred.  Defendant's renewed Rule 29 motion is denied. | 5 : 40 |
| | | Initials of Deputy Clerk   tf |